UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

AARON JACKSON,

        Plaintiff,        Case No. 1:14cv600

v.        Hon. Robert J. Jonker

DANIEL HEYNS and DEWAYNE BURTON,

        Defendants.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on August 24, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 24, 2015, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (docket #25) is **GRANTED**. This matter is **CLOSED**.

        /s/ Robert J. Jonker
        ROBERT J. JONKER
        CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 24, 2015.